SUN OIL COMPANY, Respondent, v. ALEXANDER A. HELLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.